

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00463-CV

SHAHRAM SHAKOURI                                                                 APPELLANT

V.

FARIBA BADIYAN SHAKOURI                                                          APPELLEE

----------

## FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Shahram Shakouri attempts to appeal from the trial court's final decree of divorce entered in the underlying divorce case involving Appellee Fariba Badiyan Shakouri. We will dismiss the appeal for want of jurisdiction.

The trial court's judgment was signed on June 23, 2011, and Shahram filed a motion for new trial on July 26, 2011. If we were to presume that Shahram's motion for new trial was timely, Shahram's notice of appeal was due on

---

[1]See Tex. R. App. P. 47.4.

September 21, 2011, but it was not filed until November 3, 2011. *See* Tex. R. App. P. 26.1(a)(1).

On November 8, 2011, we notified Shahram of our concern that this court may not have jurisdiction over the appeal and informed him that unless he or any party desiring to continue the appeal filed with the court a response on or before November 18, 2011, showing a reasonable explanation for the late filing of the notice of appeal, this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 10.5(b), 26.3, 42.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). We have received no response. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

 

 

                                                      SUE WALKER
                                                      JUSTICE

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: December 22, 2011